| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **Deanna Lynn Smith** | | Social Security number or ITIN | xxx-xx-9495 |
| | First Name   Middle Name   Last Name | | EIN | __-_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | | Social Security number or ITIN | ____ |
| | | | EIN | __-_____ |
| United States Bankruptcy Court | **District of Kansas** | | Date case filed for chapter 7 | **6/9/16** |
| Case Number / Presiding Judge: | **16-21017 / Robert D. Berger** | | Date Notice Issued: | **6/10/16** |

## Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case -- No Proof of Claim Deadline    04/16

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

The trustee named below is the interim trustee appointed by the U.S. Trustee to serve under general blanket bond on file with the clerk of the bankruptcy court.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | Deanna Lynn Smith | |
| 2. | All other names used in the last 8 years | | |
| 3. | Address | 9606 West 60th Street<br>Shawnee, KS 66203-3118 | |
| 4. | Debtor's attorney<br>Name and address | Kenneth M. Gay<br>8700 Monrovia<br>Suite 310 AI<br>Lenexa, KS 66215 | Contact phone (913) 310-9205 |
| 5. | Bankruptcy trustee<br>Name and address | Patricia E Hamilton<br>Stevens and Brand, LLP<br>917 SW Topeka Blvd<br>Topeka, KS 66612 | Contact phone 785-408-8000 |

For more information, see page 2 >

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case -- No Proof of Claim Deadline**    page 1

Exhibit A

Debtor **Deanna Lynn Smith**　　　　　　　　　　　　　　　　　　　　　Case number **16-21017**

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 161 Robert J. Dole US Courthouse<br>500 State Avenue<br>Kansas City, KS 66101 | Office Hours: 9:00 AM – 4:00 PM<br>Monday – Friday<br><br>Contact phone (913) 735-2110 |
| 7. | **Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 5, 2016 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>All individual debtors are required to produce photo ID and proof of Social Security Number to the Trustee at this meeting. Non-lawyers SHOULD NOT bring cellular telephones or other electronic communication devices to the courthouse. | Location:<br><br>**Robert J Dole US Courthouse,<br>500 State Avenue Room 173,<br>Kansas City, KS 66101** |
| 8. | **Presumption of abuse** | The presumption of abuse does not arise.<br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | |
| 9. | **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>You must file a complaint:<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 9/6/16** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| | | **Deadline to object to intended abandonment:** | **Filing deadline:** 75 days after the conclusion of the meeting of creditors unless otherwise ordered. |
| 10. | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Abandonment of property of the estate** | Local Bankruptcy Rule 6007.1 allows Chapter 7 Trustees to file a notice of intended abandonment of any or all of a debtor's property in the estate as authorized by § 554 without further service on creditors or interested parties. If a creditor or party in interest timely objects to the abandonment of any property, the Court will schedule a hearing regarding the property that is the subject of the objection. | |
| 13. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case — No Proof of Claim Deadline**　　　　page 2

Case 16-21017   Doc# 8   Filed 06/12/16   Page 2 of 4

```
                              United States Bankruptcy Court
                                    District of Kansas

In re:                                                              Case No. 16-21017-RDB
Deanna Lynn Smith                                                   Chapter 7
         Debtor                    CERTIFICATE OF NOTICE

District/off: 1083-2        User: kbarry            Page 1 of 2            Date Rcvd: Jun 10, 2016
                            Form ID: 309A           Total Noticed: 63


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 12, 2016.
db             Deanna Lynn Smith,    9606 West 60th Street,    Shawnee, KS 66203-3118
8487440       +Allied Interstate,    PO Box 361445,    Columbus OH 43236-1445
8487444      #+Avant Inc,    640 N LaSalle St Ste 535,    Chicago IL 60654-3731
8487446       +Brumbaugh & Quandahl PC,    106 West 11th Street Ste 1260,    Kansas City MO 64105-1810
8487447       +Burns Burns Walsh & Walsh PA,    PO Box 487,    Lyndon KS 66451-0487
8487449        Capital One Bank,    PO Box 30256,    Salt Lake City UT 84130-0256
8487450        Central Credit Services LLC,    PO Box 1879,    Saint Charles MO 63302-1879
8487451        Central States Recovery Inc,    PO Box 3130,    Hutchinson KS 67504-3130
8487456       +Clerk Of The Court,    15LA06645,    100 N Kansas Avenue,    Olathe KS 66061-3278
8487457       +Clerk Of The Court,    16LA04249,    100 N Kansas Avenue,    Olathe KS 66061-3278
8487458       +Client Services,    3451 Harry Truman Boulevard,    St Charles MO 63301-9816
8487459       +Cohen McNeile & Pappas PC,    4601 College Blvd. Suite 200,    Leawood KS 66211-1650
8487462        Credence,    PO Box 2300,    Southgate MI 48195-4300
8487465       +Evans& Mullinix,    7225 Renner Rd,    Shawnee KS 66217-3043
8487470        FMS,    PO Box 707600,    Tulsa OK 74170-7600
8487466       +First Nat Collection Bureau,    610 Waltham Way,    Sparks NV 89434-6695
8487468       +First Step Group,    6300 Shingle Crk Pkwy Ste 220,    Brooklyn Center MN 55430-2162
8487471       +Frontline Asset Strategies,    2700 Snelling Ave N #250,    Roseville MN 55113-1783
8487478        LCA Collections,    PO Box 2240,    Burlington NC 27216-2240
8487477        LabCorp,    PO Box 2240,    Burlington NC 27216-2240
8487484       +MRS Associates,    1930 Olney Avenue,    Cherry Hill NJ 08003-2016
8487480        Mercantile Adj Bureau LLC,    PO Box 9055,    Willimasville NY 14231-9055
8487481        Merchants & Medical Credit,    6324 Taylor Drive,    Flint MI 48507-4685
8487482      #+Michael W. Smith,    707 Ida,    Lansing KS 66043-1526
8487486       +NCB Management Services Inc,    PO Box 1099,    Langhorne PA 19047-6099
8487485       +National Enterprise Systems,    2479 Edison Blvd Unit A,    Twinsburg OH 44087-2476
8487489        Phillips & Cohen Assoc Ltd,    1004 Justison Street,    Wilmington DE 19801-5148
8487491        Raytown Lee's Summit Comm. CU,    10021 East 66th Terrace,    Kansas City MO 64133-5217
8487493        St Lukes Health System,    PO Box 505291,    Saint Louis MO 63150-5291
8487496       +United Collection Bureau Inc,    5620 Southwyck Blvd Suite 206,    Toledo OH 43614-1501
8487497        Velocity Investments LLC,    1800 State Route 34 #404A,    Wall Township NJ 07719-9147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: kengay8@gmail.com Jun 10 2016 20:55:11      Kenneth M. Gay,    8700 Monrovia,
                Suite 310 AI,    Lenexa, KS 66215
tr            +EDI: BPEHAMILTON.COM Jun 10 2016 20:53:00      Patricia E Hamilton,    Stevens and Brand, LLP,
                917 SW Topeka Blvd,    Topeka KS 66612-1609
ust           +E-mail/Text: ustpregion20.wi.ecf@usdoj.gov Jun 10 2016 20:55:29      U.S. Trustee,
                Office of the United States Trustee,    301 North Main Suite 1150,    Wichita, KS 67202-4811
8487441        EDI: ARSN.COM Jun 10 2016 20:53:00      ARS National Services Inc,    PO Box 469046,
                Escondido CA 92046-9046
8487442        EDI: ATTWIREBK.COM Jun 10 2016 20:53:00      AT&T,    PO Box 5014,    Carol Stream IL 60197-5014
8487439       +EDI: ALLIANCEONE.COM Jun 10 2016 20:53:00      Alliance One,    4850 Street Road Suite 300,
                Trevose PA 19053-6643
8487443        E-mail/Text: ACF-EBN@acf-inc.com Jun 10 2016 20:55:11      Atlantic Credit,    PO Box 11887,
                Roanoke VA 24022-1887
8487445        EDI: BANKAMER.COM Jun 10 2016 20:53:00      Bank Of America,    PO Box 982235,
                El Paso TX 79999-2235
8487448       +EDI: STFC.COM Jun 10 2016 20:53:00      CACH, LLC,    4340 S. MONACO ST.,   2ND FLOOR,
                DENVER CO 80237-3485
8487455       +EDI: CKSFINANCIAL.COM Jun 10 2016 20:53:00      CKS Financial,    PO Box 2856,
                Chesapeake VA 23327-2856
8487452        EDI: CHASE.COM Jun 10 2016 20:53:00      Chase,    PO Box 15298,   Wilmington DE 19850-5298
8487453       +EDI: CITICORP.COM Jun 10 2016 20:53:00      Citi Cards,    PO Box 6500,
                Sioux Falls SD 57117-6500
8487454        EDI: CITICORP.COM Jun 10 2016 20:53:00      Citibank (South Dakota) N.A.,
                Exception Payment Processing,    P.O. Box 6305,    The Lakes NV 88901-6305
8487460        E-mail/Text: bankruptcy@commercebank.com Jun 10 2016 20:55:30      Commerce Bank,    KCREC-10,
                PO Box 419248,    Kansas City MO 64141-6248
8487461       +EDI: CONVERGENT.COM Jun 10 2016 20:53:00      Convergent Outsourcing,    800 SW 39th Street,
                Renton WA 98057-4975
8487463        EDI: RCSFNBMARIN.COM Jun 10 2016 20:53:00      Credit One Bank,    PO Box 98873,
                Las Vegas NV 89193-8873
8487464        EDI: DISCOVER.COM Jun 10 2016 20:53:00      Discover Bank,    DFS Services LLC,    PO Box 3025,
                New Albany OH 43054-3025
8487469       +EDI: FMAALLIANCE.COM Jun 10 2016 20:53:00      FMA Alliance Ltd,    12339 Cutten Road,
                Houston TX 77066-1807
8487467        EDI: AMINFOFP.COM Jun 10 2016 20:53:00      First Premier Bank,    PO Box 5524,
                Sioux Falls SD 57117-5524
8487472        EDI: HFC.COM Jun 10 2016 20:53:00      HSBC,    PO Box 5608,    Glendale Heights IL 60139
8487473        EDI: IIC9.COM Jun 10 2016 20:53:00      IC Systems Inc,    PO Box 64437,    St Paul MN 55164-0437
8487474        EDI: IRS.COM Jun 10 2016 20:53:00      Internal Revenue Service,    Centralized Insolvency Ops,
                PO Box 7346,    Philadelphia PA 19101-7346
```

```
District/off: 1083-2          User: kbarry            Page 2 of 2              Date Rcvd: Jun 10, 2016
                              Form ID: 309A           Total Noticed: 63
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
8487475       +E-mail/Text: KSBANKRUPTCY@KDOR.STATE.KS.US Jun 10 2016 20:55:52
               Kansas Department Of Revenue,   Civil Tax Enforcement,   PO Box 12005,   Topeka KS 66601-3005
8487476        EDI: CBSKOHLS.COM Jun 10 2016 20:53:00      Kohls,   PO Box 3043,   Milwaukee WI 53201-3043
8487479        EDI: RESURGENT.COM Jun 10 2016 20:53:00      LVNV Funding LLC,   PO Box 10587,
               Greenville SC 29603-0587
8487483        EDI: MID8.COM Jun 10 2016 20:53:00      Midland Credit Management,   PO Box 60578,
               Los Angeles CA 90060-0578
8487487       +E-mail/Text: bankruptcy@nfm.com Jun 10 2016 20:55:30      Nebraska Furniture Mart,   PO Box 3000,
               Omaha NE 68103-3030
8487488       +E-mail/Text: OMbknotifications@Onemainfinancial.com Jun 10 2016 20:55:50      One Main Financial,
               NTSB-2320,   6801 Colwell Boulevard,    Irving TX 75039-3198
8487490       +EDI: PPMP.COM Jun 10 2016 20:53:00      Prosper Funding LLC,   101 Second Street, 15th Floor,
               San Francisco CA 94105-3672
8487492       +EDI: AGFINANCE.COM Jun 10 2016 20:53:00      Springleaf,   PO Box 3252,
               Evansville IN 47731-3252
8487494        EDI: RMSC.COM Jun 10 2016 20:53:00      Synchrony Bank,   Attn Bankruptcy Department,
               PO Box 965061,   Orlando FL 32896-5061
8487495        E-mail/Text: crwkflw@firstdata.com Jun 10 2016 20:55:42      TRS Recovery Services Inc,
               PO Box 60022,   City of Industry CA 91716-0022
                                                                                              TOTAL: 32

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 12, 2016                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 10, 2016 at the address(es) listed below:
              Kenneth M. Gay    on behalf of Debtor Deanna Lynn Smith kengay8@gmail.com,   kmg@lenexaoffices.com
              Patricia E Hamilton    phamilton@stevensbrand.com,   ks12@ecfcbis.com
              U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
                                                                                              TOTAL: 3
```