**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| Deanna Lynn Smith, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:17-cv-02033-DDC-KGG |
| ) | |
| vs. ) | |
| ) | |
| Equifax Information Services, LLC, *et. al.*, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SETTLEMENT WITH RAYTOWN-LEE'S SUMMIT COMMUNITY CREDIT UNION ONLY

COMES NOW Plaintiff and hereby notifies the Court that a resolution of this case has been reached with Defendant, Raytown-Lee's Summit Community Credit Union, and requests that the deadlines in this matter be passed for settlement until the parties can prepare and file a Stipulation of Dismissal.

Respectfully submitted,

/s/ Chelsea S. Springer
Chelsea S. Springer #20522
The Law Offices of Tracy L. Robinson, LC
818 Grand Boulevard, Suite 505
Kansas City, MO  64106
Phone: (816) 842-1317
Fax:     (816) 842-0315
chelseas@tlrlaw.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

This certifies that on this 27th day of January, 2017, the foregoing was filed with the Court via the Electronic Case Filing System.

/s/ Chelsea S. Springer
Attorney for Plaintiff